FILED

UNITED STATES COURT OF APPEALS

JUN 18 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ADAMSON APPAREL, INC., <br><br> Debtor. <br><br> ------------------------------ <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ADAMSON APPAREL, INC., <br><br> Appellant, <br><br> v. <br><br> ARNOLD H. SIMON, <br><br> Appellee. | No. 12-57059 <br><br> D.C. No. 2:11-cv-01204-VAP <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: GILMAN,[*] GRABER, and CALLAHAN, Circuit Judges.

Judges Gilman and Callahan have voted to deny Appellant's petition for panel rehearing, and Judge Graber has voted to grant it. Judge Callahan has voted to deny Appellant's petition for rehearing en banc and Judge Gilman has so recommended; Judge Graber has voted to grant it.

---

[*] The Honorable Ronald Lee Gilman, Senior United States Circuit Judge for the Court of Appeals for the Sixth Circuit, sitting by designation.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it.

The petition for panel rehearing and petition for rehearing en banc are DENIED.